# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RAINBOW USA, INC.,<br>TRUKFIT, LLC, and<br>KHQ INVESTMENT LLC,<br><br>Defendants. | Case No.: CV 17-4813-DMG (SKx)<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE [33]** |

Based on the parties' stipulation, and for good cause appearing,

IT IS HEREBY ORDERED:

1. The entire action, is hereby dismissed *with* prejudice against all of the defendants, including KHQ Investment LLC, Rainbow USA, Inc., a New York Corporation (incorrectly sued herein as "Rainbow USA, Inc., a New York Corporation, individually and d/b/a 'Chaps'") and/or its affiliates, and Trukfit, LLC and/or its affiliates, together with all claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

IT IS SO ORDERED.

DATED: May 8, 2018

*[signature]*
DOLLY M. GEE
UNITED STATED DISTRICT JUDGE